NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**AIA ENGINEERING LIMITED,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**VEGA INDUSTRIES, LTD., INC.,**
*Third Party Defendant-Appellant,*

**v.**

**MAGOTTEAUX INTERNATIONAL S/A,**
AND **MAGOTTEAUX, INC.,**
*Defendants/Counterclaimants-Appellees.*

———————————

2013-1035

———————————

Appeal from the United States District Court for the Middle District of Tennessee in No. 09-CV-0255, Chief Judge William Joseph Haynes, Jr.

———————————

**JUDGMENT**

———————————

PAUL C. NEY, JR., Waddey & Patterson, P.C., of Nashville, Tennessee, argued for plaintiff/counterclaim defend-

ant-appellant and third party defendant-appellant. With him on the brief were EDWARD D. LANQUIST, JR. and MATTHEW C. COX.

JAMES M. BOLLINGER, Troutman Sanders LLP, of New York, New York, argued for defendants/counterclaimants-appellees. With him on the brief were TIMOTHY P. HEATON; JOHN J. GRESENS and SCOTT D. BARNETT, of Chicago, Illinois; and PUJA R. PATEL, of Atlanta, Georgia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2013          /s/  Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk